FILED

NOV 19 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20 CR 650 |
| v. | Violations: Title 18, United States Code, Sections 1030(a)(2)(C) and (c)(2)(B)(ii), and 2261A(2) |
| VINCENT STORME | |

JUDGE LEE
MAGISTRATE JUDGE HARJANI

### COUNT ONE

The SPECIAL JANUARY 2020 GRAND JURY charges:

From on or about May 7, 2020 to on or about September 21, 2020, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, and elsewhere,

VINCENT STORME,

defendant herein, did knowingly, with intent to harass and intimidate another person, use an interactive computer service and electronic communication service and electronic communication system of interstate commerce, namely Facebook, Instagram, Google, LinkedIn, Namecheap, and Reddit, and any other facility of interstate and foreign commerce, including the internet, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Individual A, and an immediate family member of Individual A;

In violation of Title 18, United States Code, Section 2261A(2).

## COUNT TWO

The SPECIAL JANUARY 2020 GRAND JURY further charges that:

On or about February 29, 2020, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, and elsewhere,

VINCENT STORME,

defendant herein, did intentionally access a computer used in interstate and foreign commerce and communication without authorization and thereby obtained information from a protected computer, namely Individual A's cellular telephone, and the offense was committed in furtherance of a criminal and tortious act in violation of the laws of the United States, specifically, cyberstalking, in violation of Title 18, United States Code, Section 2261A, as charged in Count One of this indictment;

In violation of Title 18, United States Code, Section 1030(a)(2)(C) and (c)(2)(B)(ii).

## **FORFEITURE ALLEGATION**

The SPECIAL JANUARY 2020 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 1030(a)(2)(C), as set forth in this indictment, defendant VINCENT STORME shall forfeit to the United States of America any personal property used and intended to be used to commit and to facilitate the commission of the offense, as provided in Title 18, United States Code, Section 1030(i)(1)(A), and Title 28, United States Code, Section 2461.

2. The property to be forfeited includes, but is not limited to, a website hosted by Namecheap.

A TRUE BILL:

_____
FOREPERSON

_____
signed by Steven J. Dollear on behalf of the
UNITED STATES ATTORNEY