**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | Case Number: 20 CR 650 |
| | ) | |
|     v. | ) | |
| | ) | |
| VINCENT STORME | ) | |
|     Defendant. | ) | |

## MOTION TO WITHDRAW

NOW COMES attorney Gal Pissetzky, and respectfully asks this Honorable Court to withdraw as the attorney for Mr. Vincent Storme in this matter. In support of his motion, the attorney state the following:

1. On October 1, 2020, Mr. Storme and his family retained Mr. Pissetzky to represent him in this matter.

2. Mr. Pissetzky and his firm reviewed extensive discovery in this matter, conducted extensive investigation into the allegation in this case, conducted hours of legal research, drafted and fully briefed pretrial motions, are in the process of preparing additional motions, and conferred with the Defendant countless times.

3. However, in the past few weeks the relationship between the attorney, the defendant.

4. There are irreconcilable disagreements regarding the theory of defense, the issues to be raised in the pretrial motions, and other issues relating to this case.

5. The Attorney is not able to communicate with the Defendant in an effective manner to be able to prepare an effective defense and counsel him properly.

6. The attorney and Mr. Storme had a breakdown in communication, and at this time Mr. Storme would most likely benefit from a different counsel.

7. At this time, Mr. Pissetzky does not believe that he can continue to represent Mr. Storme, and do not want to jeopardize his Constitutional rights under the Sixth Amendment.

WHEREFORE, Mr. Pissetzky respectfully requests that this Honorable Court grant his motion to withdraw as the attorney for Mr. Storme in this matter.

Respectfully submitted,

/s/ Gal Pissetzky
Gal Pissetzky
35 E. Wacker Dr.
Suite 1980
Chicago IL 60601
(312) 929-4155
gal@pissetzkylaw.com

## CERTIFICATE OF SERVICE

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

## MOTION TO WITHDRAW

was served, on October 27, 2022, pursuant to the district court's ECF filers to the following:

    Assistant United States Attorney
    Northern District of Illinois

    Respectfully submitted,

    /s/ Gal Pissetzky
    Gal Pissetzky