UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 20 CR 650 |
| v. | ) |
| | ) Judge John Robert Blakey |
| VINCENT STORME | ) |

**GOVERNMENT'S UNOPPOSED INSTANTER MOTION FOR LEAVE
TO FILE MOTION TO REVOKE BOND PARTIALLY UNDER SEAL**

The UNITED STATES OF AMERICA, through its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully moves for leave to file its motion to revoke defendant's bond partially under seal (*see* N.D. Ill. Local Rule 26.2(c)):

1. Following the criminal complaint in this case, on September 30, 2020, defendant was ordered released pending trial subject to various conditions. Dkt. 13-15, 90.

2. On November 22, 2021, defendant was charged by superseding information with three counts of cyberstalking, in violation of 18 U.S.C. § 2261A(2), and one count of computer intrusion, in violation of 18 U.S.C. § 1030(a)(2)(C) and (c)(2)(B)(ii). Dkt. 84.

3. On August 3, 2023, the Court revoked defendant's bond, pending a separate written order regarding pretrial detention. Dkt. 139. The court subsequently set an emergency detention hearing for defendant for 9:00 a.m. on August 9,

2023, and ordered the filing of any motion to revoke bond by 8:00 a.m. on August 9, 2023. Dkt. 149.

4. Northern District of Illinois Local Rule 26.2(c) provides, in summary, that any party wishing to file a document or portion of a document electronically under seal must provisionally file the document electronically under seal, file electronically at the same time a public-record version, and move for leave to file under seal. N.D. Ill. L.R. 26.2(c)

5. The government moves to file portions of its motion to revoke bond under seal, because the motion contains sensitive details that need not be made public. *See* Dkt. 152.

6. Counsel for the government has conferred with counsel for defendant, who does not object to this motion.

7. In the interest of justice, the government moves instanter for leave to file its sentencing memorandum partially under seal.

WHEREFORE, the United States respectfully requests leave to file its motion to revoke bond partially under seal.

          Respectfully submitted,

          MORRIS PASQUAL
          Acting United States Attorney

          By:    */s/ Ashley A. Chung*
                  ASHLEY A. CHUNG
                  Assistant United States Attorney
                  219 South Dearborn, 5th Floor
                  Chicago, Illinois 60604
                  (312) 697-4089

Dated: August 9, 2023