| | |
|---|---|
| **From:** | Williamson, Brian (USAILN) |
| **To:** | James; Gloria Lewis |
| **Cc:** | Adam@BolotinLaw.com; Drew; Chung, Ashley (USAILN) |
| **Subject:** | RE: 20cr650 USA v. Vincent Storme |
| **Date:** | Monday, August 7, 2023 12:36:48 PM |

The government is available then as well.

Thank you

Brian F. Williamson
Assistant United States Attorney
United States Attorney's Office
Northern District of Illinois
219 S. Dearborn Street, Room 500
Chicago, IL 60604
Office: 312.353.8897
Mobile: 312.613.6300

**From:** James <jgv@blainevanzant.com>
**Sent:** Monday, August 7, 2023 11:25 AM
**To:** Gloria Lewis <Gloria_Lewis@ilnd.uscourts.gov>
**Cc:** Adam@BolotinLaw.com; Drew <adf@blainevanzant.com>; Chung, Ashley (USAILN) <AChung@usa.doj.gov>; Williamson, Brian (USAILN) <BWilliamson@usa.doj.gov>
**Subject:** [EXTERNAL] RE: 20cr650 USA v. Vincent Storme

Defense is available.

James G. Vanzant
*Managing Partner*
BLAINE & VANZANT, LLP
922 Davis St. | Evanston, IL 60201
Office: (312) 788-7584
Direct : (312) 300-9926
SMS/MMS: (833) 268-0669
www.blainevanzant.com

**From:** Gloria Lewis <Gloria_Lewis@ilnd.uscourts.gov>
**Sent:** Monday, August 7, 2023 11:22 AM
**To:** James <jgv@blainevanzant.com>; Adam@BolotinLaw.com; Drew <adf@blainevanzant.com>; Chung, Ashley (USAILN) <Ashley.Chung@usdoj.gov>; brian.williamson@usdoj.gov
**Subject:** 20cr650 USA v. Vincent Storme
**Importance:** High

Good morning,

Please confer regarding a detention hearing. We can hold one on 8/16 at 1:00 p.m. if everyone is available.

Thanks
Gloria

**Click HERE to take our customer service survey**

*Gloria Lewis*

Court Room Deputy to the Honorable John R. Blakey
US District Court for the Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604
312-818-6699