**James**

| | |
|---|---|
| **From:** | Drew |
| **Sent:** | Tuesday, August 8, 2023 11:14 PM |
| **To:** | James |
| **Subject:** | Fwd: Storme prior reports |
| **Attachments:** | Storme_Vincent_7117051_s1.pdf; Storme_Vincent_7117051_v1.pdf; Storme_Vincent_7117051_v2.pdf; Storme, Vincent Adrien_Addendum.pdf; Storme, Vincent Adrien_Report.pdf |
| **Categories:** | Important, Reference |

**From:** Justin Wiersema <Justin_Wiersema@ilnpt.uscourts.gov>
**Sent:** Tuesday, August 8, 2023 10:23:02 PM
**To:** ashley.chung@usdoj.gov <ashley.chung@usdoj.gov>; brian.williamson@usdoj.gov <brian.williamson@usdoj.gov>; Drew <adf@blainevanzant.com>
**Cc:** Justin Wiersema <Justin_Wiersema@ilnpt.uscourts.gov>
**Subject:** Storme prior reports

Hello all-

Please find the attached reports that were submitted to the Court in the past:

-Pretrial Services report, submitted to the Court on 09/25/20
-Pretrial Services report addendum, submitted to the Court on 09/29/20
-Status report # 1, submitted to the Court on 10/02/20
-Violation report # 1, submitted to the Court on 01/26/21
-Violation report # 2, submitted to the Court on 02/02/21

The only other reports that have been submitted to the Court are the three Status reports (dated 10/13/21, 11/09/22, and 08/04/23) that were sent to the parties last week.

Please let me know if you have any questions.


Justin Wiersema
United States Pretrial Services Officer Specialist
United States District Court
Northern District of Illinois
219 S. Dearborn, Room 15-100
Chicago, Illinois 60604
312-446-8498 cell
312-408-5049 office
312-435-5545 fax
justin_wiersema@ilnpt.uscourts.gov