# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                              Case No.: 1:20−cr−00650
                                                               Honorable John Robert Blakey

Vincent Storme

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 1, 2023:

      MINUTE entry before the Honorable John Robert Blakey: On the Court's own motion and by agreement of counsel, status hearing previously set for Defendant Vincent Storme (1) for 11/9/2023 is reset by agreement for 11/16/2023 at 1:00 p.m. in Courtroom 1203. The Court will make Mr. Storme present in person for the next hearing. The oral motion to exclude time is granted, and the Court finds that the ends of justice are served by the continuance and outweigh the interests of the public and the defendants in a speedy trial, based upon the reasonable time necessary for effective preparation by counsel taking into account the exercise of due diligence. In the interests of justice, time is hereby excluded, as to all defendants, from 11/1/2023 to and including 11/16/2023 for effective preparation by counsel, plea discussions, pretrial motions and trial preparation, pursuant to 18 USC Sections 3161(h)(1)(D), and 3161(h)(7). Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.