**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                           Case No.: 1:20−cr−00650
                                                      Honorable John Robert Blakey

Vincent Storme

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 16, 2023:

      MINUTE entry before the Honorable John Robert Blakey: In person hearing held on 11/16/2023. Defendant Vincent Storme (1) present in court in custody with the assistance of defense counsel. Oral agreed motion to set jury trial is granted. The Court sets the case for jury trial on 9/9/2024−9/20/2024 at 9:30 a.m. in Courtroom 1203 and for final pretrial conference on 9/3/2024 at 1:30 p.m. in Courtroom 1203. Attorneys and Defendant shall appear at 9:00 a.m. on the date of trial to set up and resolve any issues. The parties shall file any motions in limine by 8/5/2024, and responses to motions in limine by 8/12/2024. The parties shall file their Joint Pretrial Memorandum by 8/19/2024. The parties must review and comply with the Court's standing orders and procedures (including the Pretrial Memoranda/Motions in Limine (Criminal) order, which are available on Judge Blakey's information page on the Court's official website: www.ilnd.uscourts.gov. Consistent with these orders, motions in limine shall be filed within a single pleading not to exceed 30 pages, with each issue separately numbered and argued within the pleading. Responses shall similarly consist of a single pleading, not to exceed 30 pages, with each issue separately addressed and listed with the same numbering as the motions in limine. No replies will be permitted absent leave of the Court. Unless otherwise directed by the Court, the parties shall come prepared to argue all motions in limine at the Final Pretrial Conference. In anticipation of trial, the parties must pre−mark all exhibits they intend to use/seek to admit at trial, exchange them by noon on 8/28/2024, and submit a flash drive with digital copies of the exhibits to Chambers by 9:00 a.m. on 9/9/2024. The Court will address all outstanding issues at the final pretrial conference. The oral motion to exclude time is granted, and the Court finds that the ends of justice are served by the continuance and outweigh the interests of the public and the defendant in a speedy trial, based upon the reasonable time necessary for effective preparation by counsel taking into account the exercise of due diligence. In the interests of justice, time is hereby excluded, from 11/16/2023, to and including 9/9/2024, for plea discussions, and for effective preparation by counsel, pursuant to 18 USC Sections 3161(h)(1)(D) and 3161(h)(7)(A)(B). Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.