United States District Court
Northern District of Illinois
Eastern Division

**United States of America,**

    Plaintiff,

v.

**Vincent Storme**

    Defendant.

**Case No. 1:20-cr-00650**

Judge John Robert Blakey

## Motion for Leave to File Oversized Memorandum of Law Under Seal

Defendant Vincent Storme, through his undersigned attorney, respectfully moves this Court for leave to file a brief in excess of 15 pages. In addition, Defendant requests leave to file the brief and its accompanying exhibit under seal.

### Oversized filing

Undersigned counsel understands that this Court strictly enforces the Local Rule 15-page limit on briefs, and so defense counsel has been working diligently to reduce the length of Defendant's consolidated pretrial motions. However, despite counsel's best efforts, the length of the Defendant's brief is 22 pages. In the response, defense counsel attempts to provide additional facts and contextual information omitted by the government in its Rule 404(b) motion. Despite counsel's best efforts, they have been unable to cut the length of the brief to 15 pages in the time that was available.

### Under seal

Document 215 contains Defendant's Response to the Government's Supplemental

Consolidated Motions *in Limine* and an attached Exhibit. The response and the exhibit contain significant amounts of sensitive information, including uncharged prior bad acts of the same degree of sensitivity that prompted the government to anonymize the information contained in its Motion in Limine IX (*see* Dkt. 196 at 1-2), as well as sensitive personal information regarding allegations made by Individuals A, B, and C. In an abundance of caution, the defense respectfully requests that its Court grant the defendant to file Document 215 and its Exhibit under seal.

Respectfully Submitted,

/s/ Andrew D. Finke
Attorney for Vincent Storme

Andrew D. Finke
Blaine & Vanzant, LLP
922 Davis Street
Evanston, Illinois 60201
Tel.: (312) 788-7584
E-mail: adf@blainevanzant.com