# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                                       Plaintiff,

v.                                                                Case No.: 1:20–cr–00650

                                                                                      Honorable John Robert Blakey

Vincent Storme

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2025:

      MINUTE entry before the Honorable John Robert Blakey: After a de novo review of the entire record (including the issues raised in Defendant's motion for reconsideration), this Court finds that the Defendant must remain detained pending trial for the reasons stated in its written order. Enter Order. The Court thus denies Defendant's motion for reconsideration [183]. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.