# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                        Case No.: 1:20−cr−00650

                                                                          Honorable John Robert Blakey

Vincent Storme

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 26, 2026:

      MINUTE entry before the Honorable John Robert Blakey: Final Pretrial Conference held on 1/26/2026. Defendant Vincent Storme (1) present in court in custody with the assistance of defense counsel. The Court denies the Defendant's pretrial motions [137] and, by agreement, will issue additional findings by separate order at a later date. The Court grants in part, and denies in part, the motions in limine [193], [194], and [196] as stated on the record. Enter Final Pretrial Order. The parties shall also comply with all deadlines set forth in the Final Pretrial Order. Finally, during the Pretrial Conference, the Government orally moved to amend their previous pleading. See [193] at 3. The Court grants this request as agreed. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.