**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                    Case No.: 1:20–cr–00650
                                    Honorable John Robert Blakey

Vincent Storme

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 27, 2026:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants the motion to withdraw as attorney for the Government by Thomas Peabody [250]. Attorney Thomas Peabody terminated. The oral unopposed motion to reset the sentencing hearing as to Defendant Vincent Storme (1) is granted. The sentencing set for 5/12/2026 is stricken and reset by agreement to 5/15/2026 at 1:00 p.m. in Courtroom 1203. The Court will arrange for the defendant to be present for the hearing. Sentencing material and any memoranda making objections to the presentence report, seeking sentencing departures or variance, or other discussing the sentencing factors set for in Title 18 U.S.C. Section 3553(a) must be filed (in one combined filing per side) by 5/1/2026. In their sentencing materials, the parties must state whether they have any objections to, or alternate recommendations regarding, both the term and conditions of supervised release as recommended by the Probation Office. Any responses must be filed by 5/8/2026. Failure to file the sentencing material or memoranda by the relevant deadlines risks waiver of forfeiture, including the inability to raise untimely objections to the presentence report. The 5/4/2026 join status report deadline stands. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.