UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 20 CR 650 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| VINCENT STORME | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This cause comes before the Court on motion of the United States for entry of a preliminary order of forfeiture as to specific property, pursuant to the provisions of Title 18, United States Code, Sections 1030(i)(1)(A) and Federal Rules of Criminal Procedure 32.2.

(a) On November 22, 2021, a superseding indictment was returned charging defendant VINCENT STORME with cyber stalking, in violation of Title 18, United States Code, Section 2261A(2) (Counts One through Three), and computer crime in furtherance of cyberstalking, in violation of Title 18, United States Code, Section 1030(a)(2)(C) and (c)(2)(B)(ii) (Count Four). The superseding indictment sought forfeiture of any personal property used and intended to be used to commit and to facilitate the commission of the offense including, but not limited to, a website hosted by Namecheap.

(b) On January 29, 2026, pursuant to Rule 11 of the Federal Rule of Criminal Procedure, defendant VINCENT STORME entered a voluntary plea of guilty to Count Four of the superseding indictment. Pursuant to the terms of the plea agreement and as a result of his violation of Title 18, United States Code, Sections 1030(a)(2)(C) and (c)(2)(B)(ii), defendant VINCENT STORME agreed that a website

hosted by Namecheap (emilienewcomb.com), is subject to forfeiture pursuant to the provisions of Title 18, United States Code, Sections 1030(i)(1)(A).

(c)     Defendant VINCENT STORME has agreed to the entry of a preliminary order of forfeiture relinquishing any right, title or interest he has in the foregoing property pursuant to Title 18, United States Code, Section 1030(i)(1)(a) for disposition according to law.

(d)     Accordingly, this Court orders that a preliminary order of forfeiture be entered against defendant VINCENT STORME as to the foregoing property. Pursuant to Title 18, United States Code, Section 1030(i)(1)(A) and Fed. R. Crim. P. 32.2, all right, title, and interest of the defendant in a website hosted by Namecheap (emilienewcomb.com), shall be forfeited to the United States for disposition according to law.

(e)     Pursuant to Title 18, United States Code, Section 1030(i)(1)(A) and Fed. R. Crim. P. 32.2, the United States requests that the terms and conditions of this preliminary order of forfeiture be made part of the sentence imposed against the defendant and recited in any judgment and commitment order entered in the case. In accordance with Rule 32.2(b)(4)(A), at sentencing — or at any time before sentencing if the defendant consents — the preliminary order of forfeiture, will become final as to the defendant. Pursuant to Rule 32.2(c), if a third party files a petition asserting an interest in the property to be forfeited, this Court must hold a hearing to determine his rights. Pursuant to Title 21, United States Code, Section 853(n)(2), as incorporated by Title 18, United States Code, Section 1030(i)(2), third parties have

30 days from the publication of notice or receipt of notice, whichever is earlier, to file a petition. The preliminary order of forfeiture will remain preliminary as to third parties until such an ancillary proceeding, if required, can be conducted under Rule 32.2(c). After disposition of all third party interests, this Court shall, upon the government's motion if appropriate, enter a final order of forfeiture of the property that is the subject of this preliminary order of forfeiture, thereby vesting clear title in the United States of America.

(f)     Pursuant to Title 21, United States Code, Section 853(g), as incorporated by Title 18, United States Code, Section 1030(i)(2), and Fed. R. Crim. P. 32.2, the foregoing property of this order shall upon entry of this preliminary order of forfeiture be seized by the Federal Bureau of Investigation.

(g)     This Court shall retain jurisdiction to take such additional action and enter such further orders as may be necessary to implement and enforce this preliminary forfeiture order.

_____
JOHN ROBERT BLAKEY
United States District Judge

Dated: 5/22/26

3