**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 20 CR 650 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| VINCENT STORME | ) | |

**FINAL ORDER OF FORFEITURE**

This cause comes before the Court on motion of the United States for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, § 1030(i)(1)(A) and Rule 32.2 of the Federal Rules of Criminal Procedure, and the Court being fully informed hereby finds as follows:

(a) On November 22, 2021, a superseding indictment was returned charging defendant VINCENT STORME with cyberstalking, in violation of Title 18, United Sates Code, Section 2261A(2) (Counts One through Three), and computer crime in furtherance of cyberstalking, in violation of Title 18, United States Code, Sections 1030(a)(2)(C) and (c)(2)(B)(ii) (Count Four). The superseding indictment sought forfeiture of any personal property used and intended to be used to commit and to facilitate the commission of the offense including, but not limited to, a website hosted by Namecheap.

(b) On January 29, 2026, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, defendant VINCENT STORME entered a voluntary plea of guilty to Count Four of the superseding indictment. Pursuant to the terms of the plea agreement and as a result of his violation of Title 18, United States Code, Sections

1030(a)(2)(C) and (c)(2)(B)(ii), defendant VINCENT STORME agreed that a website hosted by Namecheap (emilienewcomb.com), is subject to forfeiture pursuant to the provisions of Title 18, United States Code, Section 1030(i)(1)(A).

(c) On May 22, 2026, this Court entered a preliminary order of forfeiture, forfeiting all right, title, and interest of the defendant VINCENT STORME in the foregoing website for disposition according to law. Further, the Federal Bureau of Investigation was directed to seize and take custody of the foregoing property.

(d) Pursuant to the provisions of Title 21, United States Code, § 853(n)(1), as incorporated by Title 18, United States Code, § 1030(i)(2), beginning on July 7, 2026, and continuing for at least 30 consecutive days, notice of the criminal forfeiture of the foregoing property was posted on an official government internet site.

(e) The Preliminary Order of Forfeiture was served pursuant to the district court's ECF system as to ECF filers. Pursuant to the provisions of Title 21, United States Code, § 853(n)(1), as incorporated by Title 18, United States Code, § 1030(i)(2), no other parties are known to have an interest in the foregoing property and accordingly, no other parties were served with a copy of the Notice of Forfeiture and Preliminary Order of Forfeiture.

(f) To date, no petitions have been filed requesting a hearing to adjudicate any interest in the foregoing website and the time in which to file a request for a hearing has expired.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, pursuant to the provisions of Title 18, United States Code, § 1030(i)(1)(A) and Rule 32.2 of the Federal Rules of Criminal Procedure, all right, title, and interest of defendant VINCENT STORME and any third party in a website hosted by Namecheap (emilienewcomb.com), is hereby forfeit to the United States of America for disposition according to law. It is further ordered,

2. That, pursuant to the provisions of Title 21, United States Code, § 853(n)(7), as incorporated by Title 18, United States Code, § 1030(i)(2), the United States has clear title to the subject property and shall dispose of it according to law. It is further ordered,

3. That, this Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture.

Dated: November 24, 2026

Entered:

John Robert Blakey
United States District Judge